AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
NOV 22 2019
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Historical subscriber, telephone toll, and cell-site geo-location data for T-Mobile Wireless telephone 619-551-2090 believed to be used by Robert Dennison

Case No. 19MJ5211

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the ___Southern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

Subscriber information, telephone toll data, and cell-site geo-location data for the period of JAugust 22nd to 28th, 2019, for T-Mobile Wireless cellular telephone bearing phone number 619-551-2090, believed to be used by Robert Dennison

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 United States Code, Section 922(g) | Felon in Possession of Firearm/Ammunition |

The application is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Arnesha Bahn, Special Agent ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/22/19

_____
Judge's signature

City and state: San Diego, CA

Hon. Bernard G. Skomal, US Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Arnesha Bahn, being duly sworn, declare and state:

## TRAINING AND EXPERTISE

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, and have been employed since April of 2013. I have been trained in the Federal Law Enforcement Training Center (FLETC) under the following programs: Criminal Investigator Training Program and Special Agent Basic Training. My background education consists of a Bachelor's degree in Social Sciences with a concentration in Criminology; and a Master's degree in Forensic Sciences from The University of Turabo in 2001 and 2008. I am assigned to the San Diego IV Field Office in North County San Diego.

2. During my tenure with ATF, I have participated in a number of investigations involving the illegal possession and acquisition of firearms, including by criminal street gangs. I have had personal contact with admitted or known criminals and their associates, and have discussed their methods of operations regarding weapons-related crimes. I have also listened to intercepted telephone conversations between gang members where they have described their criminal activities in their own words.

3. Additionally, I have received training and obtained experience in the execution of search warrants, electronic evidence seizure and processing, and other investigative techniques. For example, I have personally participated in the execution of search warrants involving the search and seizure of cellular phones and cellular phone-related data.

4. Through the course of my training, investigations, and conversations with other law enforcement personnel, I am aware that it is a common practice for illegal firearms possessors to work in concert with other individuals and to do so by utilizing cellular telephones to maintain communications with co-conspirators in order to further their criminal activities. Conspiracies involving illegal firearms possession generate

many types of evidence including, but not limited to, cellular phone-related evidence such as voicemail messages referring to the arrangements of travel and payment, names, photographs, text messages, emails, instant messages, social networking messages, and phone numbers of co-conspirators. Further, I am aware that illegal firearms possessors illegally obtain firearms and ammunition from others, and do so by utilizing cellular telephones, pagers, and portable radios to maintain communications with co-conspirators in order to further their criminal activities.

5. Based upon my training and experience as an investigator, and consultations with law enforcement officers experienced in firearms investigations, and all the facts and opinions set forth in this affidavit, I submit the following:

   a. Illegal firearms possessors often use cellular telephones because they are mobile and they have instant access to telephone calls, text, web, social networking sites, and voice messages.

   b. Illegal firearms possessors will use cellular telephones to set up the purchase and/or sale of firearms with suppliers and customers; and

   c. Illegal firearms possessors often use cellular telephones to communicate with each other regarding payment and other financial arrangements relating to the possession and transfer of firearms and ammunition.

## PURPOSE OF AFFIDAVIT

6. This affidavit supports applications to search and seize subscriber information, telephone toll data, and cell-site geo-location data from August 22nd to 28th, 2019, for the following telephone number:

   a. A T-Mobile Wireless cellular telephone bearing phone number 619-551-2090 (**Target Telephone Data** or **TTD**), believed to be used by Robert DENNISON (DENNISON).

7. The **Target Telephone Data** is currently in the possession of T-Mobile Wireless, located at 4 Sylvan Way, Parsippany, NJ 7054.

8. Based on information below, I have probable cause to believe that the **Target Telephone Data** will lead to and a person to be arrested, specifically DENNISON.

9. Except as otherwise noted, information set forth in this affidavit has been provided to me by special agents and TFOs from ATF, FTF, or other multi-agency federal, state, and local drug/gang task force officers with whom I have spoken, whom were involved in this investigation, or whose reports I have read and reviewed. In this affidavit, I have also included, where appropriate, the case agents' interpretation of quoted and/or coded language in parenthesis and/or brackets. Because this affidavit is being submitted for the limited purpose of seeking the tracking warrant specified below, I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the requested warrant.

10. Based on information below, I have probable cause to believe that the **Target Telephone Data** will lead to evidence of a crime, specifically violations of Title 18 U.S.C. 922(g) – Felon in Possession of Firearm/Ammunition.

**FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE**

**August 22nd Pursuit**

11. On August 22, 2019, at approximately 1:30 a.m., San Diego Sheriff's Department deputies observed a Red Mitsubishi Eclipse, bearing California License Plate number 7POJ537, driving with no front license plate on Bradley Avenue in El Cajon, California. Records check revealed the vehicle was registered to Anthony Robert Dennison ("DENNISON"). The deputies activated the emergency lights and siren attempted to conduct a traffic stop, but the vehicle failed to yield.

12. The driver continued to disregard the deputies and fled onto Magnolia Avenue where the vehicle began to slow near the Interstate 8 eastbound on-ramp. The vehicle came to an abrupt stop and an individual, later identified as D.D., was seen fleeing from the passenger seat. One of the deputies exited his vehicle and chased D.D.

3

on foot. During the foot pursuit, the deputy observed D.D. toss something from his person into a bush but continued the pursuit over fences, into water culverts, and through tunnels. D.D. was later detained by law enforcement personnel. Deputies recovered a Colt, Model Frontier Scout, .22 caliber revolver, bearing serial number 140340F, loaded with six rounds of ammunition, from where D.D. was seen tossing an object into the bushes.

13. Meanwhile, the other deputy continued to pursue the vehicle, which fled again after allowing D.D. out of the vehicle. The driver of the vehicle drove on city streets at speeds of 60 MPH and 100 PMH on the interstate. The driver of the vehicle drove through several red lights in disregard of public safety. The pursuit was terminated because it presented a danger to the public.

**Traffic Stop and Jail Call**

14. On August 27, 2019, at approximately 2:00 am, an El Cajon Police deputy conducted a traffic stop of the same red Mitsubishi Eclipse vehicle. The driver of the vehicle was identified as DENNISON. After a consent search of the vehicle, DENNISON was released. It was also confirmed through San Diego Police Department Gang Detectives that D.D. and DENNISON are known Skyline Piru gang members. DENNISON is on federal probation.

15. DENNISON's cellular phone number was then queried through the San Diego Sheriff jail phone system. An inmate identified as M.S. was determined to have called DENNISON several times. The following phone call is made to DENNISON from M.S. on August 28, 2019, at 11:49 pm:

- M.S. asks DENNISON what he is rolling and DENNISON says he's trying to score.
- DENNISON says something about getting into it "tapped in with your little bro, shit got kinda sticky."
- DENNISON says, "On the freeway, it was nilly."
- M.S. says, "I heard you was whippin the big thang?"

4

- DENNISON says, "C'mon man you know I'm out here digging right now. I got two sitters (Unintelligible) right now working."

Based on my training and experience, and in consultation with other law enforcement officers, I believe DENNISON was referring to the vehicle pursuit on August 22nd in this conversation.

### Lab Fingerprint Analysis

16. On October 9, 2019, a San Diego County Sheriff's Department Laboratory Service Report for a Latent Print Development indicated that prints have been developed from the red and gray tape that was wrapped around the handle of the recovered firearm (the Colt, Model Frontier Scout, .22 caliber revolver, bearing serial number 140340F).

17. On October 11, 2019, San Diego County Sheriff's Department Laboratory Service Report for a Latent Print Comparison indicated that one of the latent prints was identified belonging to DENNISON.

18. Records checks on DENNISON revealed that he had been convicted of a violation of Title 18 USC 1962(d) – Conspiracy to Conduct Enterprise Affairs through Pattern of Racketeering, a felony, and had served 24 months' custody on August 11, 2015.

19. The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

### BASIS FOR EVIDENCE SOUGHT IN SEARCH WARRANT

20. Based on the above, I believe that DENNISON was utilizing the T-Mobile Wireless cellular telephone number discussed above (the **Target Telephone Data**) on the date of the attempted traffic stop, August 22, 2019. Based on my training and experience, and my consultation with other law enforcement officers experienced in obtaining telephone data from T-Mobile, and other cellular telephone service providers, I am aware that T-Mobile routinely collects and stores data concerning the telephone

5

numbers that they issue. Among the data that T-Mobile collects and stores is: (i) detailed subscriber information; (ii) detailed information concerning incoming and outgoing telephone calls placed and received by a telephone assigned to a telephone number that they issue; (iii) detailed information concerning outgoing direct calls, text message, and SMS messages, placed and received by a telephone number that they issue; and (iv) detailed information concerning cell-site geo-location data for a telephone and or a direct connection number issued by that they issue, which data can be used to calculate the approximate location of a telephone call involving such a number.

21. Based on facts above, my training and experience, and my consultation with other law enforcement officers, I believe the geo-location data, call logs, text messages and other information will provide evidence regarding DENNISON's possession and use of the phone, and his whereabouts and communications during that the specified period.

## PRIOR ATTEMPTS TO OBTAIN THE INFORMATION

22. The United States has not attempted to obtain this information by other means.

## CONCLUSION

23. Based upon my training and experience, consultation with other law enforcement officers experienced in narcotics trafficking investigations, and all the facts and opinions set forth in this Affidavit, there is probable cause to believe that the **Target Telephone Data** to be seized, as set forth above and in Attachment B (incorporated herein), will be found in the location described in Attachment A (incorporated herein). Therefore, I respectfully request that the Court issue a warrant authorizing me, or another federal law enforcement agent, to order: T-Mobile to search its corporate records for the TTD and to order T-Mobile to deliver the TTD listed in Attachment B.

_____
Arnesha Bahn
ATF Special Agent

Subscribed and sworn to before me this __22__ day of November, 2019.

_____
The Honorable Bernard G. Skomal
United States Magistrate Judge

## ATTACHMENT A

T-Mobile Wireless hosts the electronic communication account associated with cellular telephone bearing phone number 619-551-2090 that is the subject of this search warrant and search warrant application.

T-Mobile Wireless is an electronic communication service provider whose primary computer information systems and other electronic communications and storage systems, records, and data are located at 4 Sylvan Way, Parsippany, NJ 7054.

## ATTACHMENT B

I.  Service of Warrant

The officer executing the warrant shall permit T-Mobile Wireless ("service provider"), as custodian of the Target Data described in Section II below, to locate the information and deliver the same to the officer.

II.  Items to be Seized

Items subject to seizure from T-Mobile for the period from **August 22nd to 28th, 2019,** for the following telephone numbers: a T-Mobile Wireless cellular telephone bearing phone number (619-551-2090), believed to be used by Robert DENNISON (DENNISON) (**Target Telephone Data** or **TTD**);

   a. Subscriber information for T-Mobile telephone number 619-551-2090;
   b. Telephone toll data concerning incoming and outgoing telephone calls, text messages, and short message service ("SMS") messages, between T-Mobile telephone number 619-551-2090 and other telephone numbers; and
   c. Cell site geo-location data relating to calls placed and received by the telephones assigned to T-Mobile telephone number 619-551-2090

which are evidence of a crime, specifically, Title 18 U.S.C. 922(g) – Felon in Possession of Firearm/Ammunition.